# United States District Court
# For The
# District of Vermont

| | |
|---|---|
| LINDA HUNT | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : CASE NUMBER: 2:04-CV-270 |
| MORRISON SALES AND SERVICE, INC., | : |
| GENERAL MOTORS CORP. | : |
| | : |
| Defendants. | : |

## DISMISSAL ORDER

The court having been advised by the Evaluator's Report (Document No. 21) that the above-entitled action has been settled,

IT IS ORDERED THAT this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the clerk of court serve copies of this order, by United States mail, upon attorneys of record for the parties appearing in this case.

Dated at Burlington, in the District of Vermont, this 8th day of April, 2005.

/s/ William K. Sessions III
Honorable William K. Sessions, III
United States District Chief Judge